[No. 21615-5-I.   Division One.   May 30, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. FLOYD E. JONES, JR., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03000-4, Liem E. Tuai, J., entered November 20, 1987. *Affirmed* by unpublished opinion per Webster, J., concurred in by Grosse, A.C.J., and Scholfield, J.

[No. 22059-4-I.   Division One.   May 30, 1989.]

*In the Matter of the Estate of*
VICTOR F. FLEISCHMAN.

THE ESTATE OF VICTOR F. FLEISCHMAN, *Respondent,* v. RICHARD V. FLEISCHMAN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-4-02512-5, Charles S. Burdell, Jr., J., entered February 22, 1988. *Affirmed* by unpublished opinion per Winsor, J., concurred in by Pekelis and Forrest, JJ. Now published at 54 Wn. App. 795.

[No. 21800-0-I.   Division One.   May 30, 1989.]

REBECCA GEORGE, *Appellant,* v. SAUVE BAIL BONDS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 84-2-00071-2, David A. Nichols, J., entered January 26, 1988. *Affirmed* by unpublished opinion per Coleman, C.J., concurred in by Scholfield and Grosse, JJ.